**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC DARNELL COOK, | ) | NO. CV 17-08857-R (AS) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| J. GASTELO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 18, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE